A copy of the Deed of Trust is attached to this Complaint as ìExhibit Aî and incorporated by reference here.

A copy of the Promissory Note is attached to this complaint as ìExhibit Bî and incorporated by this reference.

A copy of the "TILA Statement" is attached and marked as ìExhibit Cî and by this reference is incorporated herein.

A copy of the Defendant's "NOTICE TO QUIT" is attached and marked as ìExhibit Dî and by this reference is incorporated herein.

A copy of the Defendant's "Notice of Trustee's Sale" is attached and marked as ìExhibit Eî and by this reference is incorporated herein.

A copy of the Defendant's "ASSIGNMENT DEED OF TRUST" is attached and marked as ìExhibit Fî and by this reference is incorporated herein.

A copy of the Notice to Cease and Desist is attached to this Complaint as ìExhibit Gî and incorporated by reference here.

2.      Exhibit F

# ASSIGNMENT OF DEED
# OF TRUST

My original given at close of Escrow to me. Notary name Sandra K. Weatherby

Nothing is signed. No stamp, no raised seal barcode. No "concurrently."

RECORDING REQUESTED BY
PHH HOME LOANS, LLC
dba FIRST CAPITAL

AND WHEN RECORDED MAIL TO
PHH HOME LOANS, LLC
dba FIRST CAPITAL

1401 OCEAN AVENUE
SUITE 210
SANTA MONICA, CALIFORNIA 90401
Loan No.        124489379
Title Order No.   LA0662640
Escrow No.       06088157-610
MIN NO.:    10005540124489379O

[SPACE ABOVE RESERVED FOR RECORDER]

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., A NOMINEE FOR
INDYMAC BANK, F.S.B. A FEDERALLY CHARTERED SAVINGS BANK
all beneficial interest under that certain Deed of Trust dated     OCTOBER    27 ,  2006        executed by
TARA INDEN, A SINGLE WOMAN

EQUITY TITLE COMPANY                                               , Trustor to
                                                                  , Trustee
and recorded as Instrument No.              on                in book  .      , page      , of
Official Records in the County Recorder's office of  LOS ANGELES                County, California.
describing land therein as:
LOT 49 OF TRACT NO. 798, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES,
STATE OF CALIFORNIA, AS PRE MAP RECORDED IN BOOK 16 PAGES 34 AND 35 OF MAPS, IN
THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

PARCEL NUMBER: 5556-009-005

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon
with interest, and all rights accrued or to accrue under said Deed of Trust.

PHH HOME LOANS, LLC
dba FIRST CAPITAL
A DELAWARE LIMITED LIABILITY COMPANY
(Assignor)

By: _____
    (Signature)  (Print Name & Title)
    BELEN P. BULURAN, CORRESPONDENT FUNDING SPECIALIST
By: _____
    (Signature)  (Print Name & Title)

STATE OF   CALIFORNIA              , COUNTY OF  LOS ANGELES           } SS.
On _____ before me,  SANDRA K. WEATHERSBY         , a Notary Public , personally appeared
                                       (Notary Name and Title)
BELEN P. BULURAN, CORRESPONDENT FUNDING SPECIALIST
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized
capacities), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the
person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____
          SANDRA K. WEATHERSBY

MIN NO.:    10005540124489379O
MERS Phone Number:   (888) 679-6377                              (Notarial Seal)

DOCPREP SERVICES, INC. ASSNCA1 0041

ASSIGNMENT OF DEED
OF TRUST
F. 3  one west Bank

A copy of the Deed of Trust is attached to this Complaint as ìExhibit Aî and incorporated by reference here.

A copy of the Promissory Note is attached to this complaint as ìExhibit Bî and incorporated by this reference.

A copy of the "TILA Statement" is attached and marked as ìExhibit Cî and by this reference is incorporated herein.

A copy of the Defendant's "NOTICE TO QUIT" is attached and marked as ìExhibit Dî and by this reference is incorporated herein.

A copy of the Defendant's "Notice of Trustee's Sale" is attached and marked as ìExhibit Eî and by this reference is incorporated herein.

A copy of the Defendant's "ASSIGNMENT DEED OF TRUST" is attached and marked as ìExhibit Fî and by this reference is incorporated herein.

A copy of the Notice to Cease and Desist is attached to this Complaint as ìExhibit Gî and incorporated by reference here.

3.          Exhibit F

ASSIGNMENT  OF  DEED

OF  TRUST

Ocwen has always omitted this document.
They've never sent this to me. I think

Because One West Bank previously
with their fraud. This shows OWB bottom
right corner. This was one of many documents
OWB filed into my BK chapter 13 discovery
documents. Notice, No "concurrently" Neo raised
seal barcode upper right corner. Notary

Same name as in the County file,
Gregorio R. Paracutela III. different as I said
as my own Original unsigned at close
of escrow papers given to me.

RECORDING REQUESTED BY
PHH HOME LOANS, LLC
dba FIRST CAPITAL

AND WHEN RECORDED MAIL TO
PHH HOME LOANS, LLC
dba FIRST CAPITAL

1401 OCEAN AVENUE
SUITE 210
SANTA MONICA, CALIFORNIA 90401
Loan No.       124489379
Title Order No.   LA0662640
Escrow No.     06088157-610
MIN NO.;    100055401244893790

[SPACE ABOVE RESERVED FOR RECORDER]

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., A NOMINEE FOR
INDYMAC BANK, F.S.B. A FEDERALLY CHARTERED SAVINGS BANK
all beneficial interest under that certain Deed of Trust dated      OCTOBER    27 ,  2006          executed by
TARA INDEN, A SINGLE WOMAN

EQUITY TITLE COMPANY                                          , Trustor to
                                                              , Trustee
and recorded as Instrument No.                on              in book        , page        , of
Official Records in the County Recorder's office of  LOS ANGELES                County, California,
describing land therein as:
LOT 49 OF TRACT NO. 798, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES,
STATE OF CALIFORNIA, AS PRE MAP RECORDED IN BOOK 16 PAGES 34 AND 35 OF MAPS, IN
THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

PARCEL NUMBER: 5556-009-005

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon
with interest, and all rights accrued or to accrue under said Deed of Trust.

PHH HOME LOANS, LLC
dba FIRST CAPITAL
A DELAWARE LIMITED LIABILITY COMPANY
(Assignor)

By:  _Belen P. Buluran_____
     (Signature)  (Print Name & Title)
     BELEN P. BULURAN, CORRESPONDENT FUNDING SPECIALIST

By:  _____
     (Signature)  (Print Name & Title)

STATE OF  CALIFORNIA             , COUNTY OF  LOS ANGELES                       } SS.
On    11/3/06            before me,  GREGORIO R. PARCUTELA II  , a Notary Public , personally appeared
BELEN P. BULURAN, CORRESPONDENT FUNDING SPECIALIST  (Notary Name and Title)
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized
capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the
person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature  _____
           GREGORIO R. PARCUTELA II

GREGORIO R. PARCUTELA II
Commission # 1465215
Notary Public - California
Los Angeles County
My Comm. Expires Jan 26, 2008

MIN NO.:   100055401244893790
MERS Phone Number:  (888) 679-6377                                    (Notarial Seal)
DOCPREP SERVICES, INC. ASSNCA1.0041

OWB-00145

ASSIGNMENT OF
DEED OF TRUST
F. 4 onewest Bank fona
st Fraud.

A copy of the Deed of Trust is attached to this Complaint as ìExhibit Aî and incorporated by reference here.

A copy of the Promissory Note is attached to this complaint as ìExhibit Bî and incorporated by this reference.

A copy of the "TILA Statement" is attached and marked as ìExhibit Cî and by this reference is incorporated herein.

A copy of the Defendant's "NOTICE TO QUIT" is attached and marked as ìExhibit Dî and by this reference is incorporated herein.

A copy of the Defendant's "Notice of Trustee's Sale" is attached and marked as ìExhibit Eî and by this reference is incorporated herein.

A copy of the Defendant's "ASSIGNMENT DEED OF TRUST" is attached and marked as ìExhibit Fî and by this reference is incorporated herein.

A copy of the Notice to Cease and Desist is attached to this Complaint as ìExhibit Gî and incorporated by reference here.

4.   Exhibit F

ASSIGNMENT OF

DEED OF TRUST

One West Bank, MERS, Robo-Signer
proof behind document & Notary Fraud
Filed into the County.



Los Angeles County Registrar-Recorder/County Clerk

DEAN C. LOGAN
Registrar-Recorder/County Clerk

If this document contains any restriction based on race, color, religion, sex, gender, gender identity, gender expression, sexual orientation, familial status, marital status, disability, genetic information, national origin, source of income as defined in subdivision (p) of Section 12955, or ancestry, that restriction violates state and federal fair housing laws and is void, and may be removed pursuant to Section 12956.2 of the Government Code.  Lawful restrictions under state and federal law on the age of occupants in senior housing or housing for older persons shall not be construed as restrictions based on familial status.

RR18-1/18

This page is part of your document - DO NOT DISCARD

## 20100206385




**Pages:**
**0003**

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**02/16/10 AT 08:00AM**

| | |
|---|---|
| FEES: | 21.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 21.00 |



**L E A D S H E E T**



201002160210009

00001928761



002540207

**SEQ:**
**19**

DAR - Title Company (Hard Copy)



**THIS FORM IS NOT TO BE DUPLICATED**

t35

2

When recorded, mail to:

**ONEWEST BANK, FSB**
Attn:  Foreclosure Department
888 E WALNUT STREET
PASADENA, CALIFORNIA 91101

02/16/2010

*20100206385*

090777860

Trustee's Sale No: 05-FMB-86612

# *FMB866120112000000*

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. A NOMINEE FOR INDYMAC BANK, F.S.B. A FEDERALLY CHARTERED SAVINGS BANK, by these presents, grants, bargains, sells, assigns, transfers and sets over unto OneWest Bank, FSB, all beneficial interest under that certain Deed of Trust dated 10/27/2006, and executed by TARA INDEN, A SINGLE WOMAN, as Grantor, to EQUITY TITLE COMPANY, as Trustee, and recorded on 11/6/2006, under Auditor's File No. 06 2457290, of LOS ANGELES County, State of CALIFORNIA, and covering property more fully described on said Deed of Trust referred to herein.

Together with the Note or Notes therein described or referred to, the money due and to become due therein with interest, and all rights accrued or to accrue under said Deed of Trust.

1

Assn

196

3

05-FMB-86612

Dated: ___11/11/09___

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.A NOMINEE FOR INDYMAC BANK,
F.S.B. A FEDERALLY CHARTERED SAVINGS
BANK

BY: _____

___Brian Burnett___  ___ASSISTANT Vice President___
Name                              Title

STATE OF ___Texas___          )
                               ) ss.
COUNTY OF ___Travis___        )

On __11/11/09_____, before me, _____Anna Ramsey_____
personally appeared___Brian Burnett_____, proved to me on the basis of satisfactory
evidence to be the person(s) whose name is/are subscribed to the within instrument and acknowledged to
me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their
signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted
executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Texas that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

ANNA ELIZABETH RAMSEY
Notary Public, State of Texas
My Commission Expires
12-15-2009

NOTARY PUBLIC in and for the State of
___Texas___, residing at ___Travis___
My commission expires:_____

2

Assn



William Francis Galvin
Secretary of the Commonwealth
Registry of Deeds Division
*John L. O'Brien, Register of Deeds*
Southern Essex District
Shetland Park
45 Congress Street, Suite 4100
Salem, Massachusetts 01970

Tara Tinden
8353 Yucca Trail
Los Angeles, CA 90046



# Commonwealth of Massachusetts

**SOUTHERN ESSEX DISTRICT REGISTRY OF DEEDS**
**SHETLAND PARK**
**45 CONGRESS STREET**
**SUITE 4100**
**SALEM, MASSACHUSETTS 01970**

JOHN L. O'BRIEN, JR.
*Register of Deeds*
(978) 542-1704
Fax: (978) 542-1706
e-mail: southernessexcustomerservice@sec.state.ma.us
www.salemdeeds.com

*A division of the Secretary of the Commonwealth*
**WILLIAM FRANCIS GALVIN, SECRETARY**

Tara Inden
8353 Yucca Trail
Los Angeles, CA 90046

Dear Tara,

In an attempt to provide you with more assistance, I have enclosed, an affidavit signed by me, as Register of the Southern Essex District Registry of Deeds, attesting to the presence of a robo-signed signature on your document as listed on McDonnell Property Analytics Approved Robo-signers List. If you are currently being foreclosed upon, this affidavit may be presented to your attorney, the lender, or the court to show that your chain of title has been corrupted. For those of you who are not in foreclosure, the affidavit may be presented to your current lender to show that a robo-signed document has in fact been recorded in your chain of title and be part of a request to investigate how this happened and what the lender is going to do to correct it.

Thank you for contacting us concerning your robo-signed document. Should you have any further questions or need assistance, please contact my Customer Service Department at 978-542-1704.

With Regards,

John O'Brien
Register of Deeds

## AFFIDAVIT OF JOHN L. O'BRIEN, REGISTER OF DEEDS
## SOUTHERN ESSEX DISTRICT

1. I, John L. O'Brien, Register of the Southern Essex District Registry of Deeds, do hereby swear or aver as follows:

2. As of June 2011 it has been my policy as follows:

   a. IF THERE ARE VARIATIONS OF AN ALLEGED ROBO-SIGNER ON RECORD AT MY REGISTRY – I require that all documents sent for recording that are executed by that alleged robo-signer, be independently verified by an affidavit that the signature is in fact the signature of the named individual, prior to recording. (See Exhibit B attached hereto).

   b. IF THERE ARE <u>NO</u> VARIATIONS OF AN ALLEGED ROBO or SURROGATE SIGNER ON RECORD AT MY REGISTRY – I record the documents and forward them to the Massachusetts Attorney General's Office for review and possible violation of a Crime Against Property, specifically MGL Chapter 266, Section 35A (b) (4).

3. I have instituted this policy based on the opinion of our forensic analyst, Marie McDonnell of McDonnell Property Analytics who has provided me with a list of robo and surrogate signers.

   McDonnell defines a "robo-signer" as: *The person on a legal document processing assembly line whose only task is to sign previously prepared documents affecting title to real property in a robotic-like fashion without reading the documents or verifying the facts contained therein by reviewing primary source evidence. The robo-signer's mission is to expedite the documents' recordation in the public land records or in court proceedings. Additionally, robo-signers regularly fail to establish or simply do not have the authority to execute these documents on behalf of the legal title holder or principal on whose behalf they purport to act.*

   McDonnell defines a "surrogate signer" as: *A person who signs a legal document on behalf of and in the name of another without reading it or understanding the document's contents; surrogate-signers are not authorized to execute these documents on behalf of the legal title holder or principal on whose behalf they purport to act.*

4. I am aware that BRIAN BURNETT is an alleged robo or surrogate signer.

Signed this 19th day of August 2013, under the pains and penalties of perjury.

_____
John L. O'Brien, Register

Cease & Desist
G.1 Ocwen ignored

A copy of the Deed of Trust is attached to this Complaint as ìExhibit Aî and incorporated by reference here.

A copy of the Promissory Note is attached to this complaint as ìExhibit Bî and incorporated by this reference.

A copy of the "TILA Statement" is attached and marked as ìExhibit Cî and by this reference is incorporated herein.

A copy of the Defendant's "NOTICE TO QUIT" is attached and marked as ìExhibit Dî and by this reference is incorporated herein.

A copy of the Defendant's "Notice of Trustee's Sale" is attached and marked as ìExhibit Eî and by this reference is incorporated herein.

A copy of the Defendant's "ASSIGNMENT DEED OF TRUST" is attached and marked as ìExhibit Fî and by this reference is incorporated herein.

A copy of the Notice to Cease and Desist is attached to this Complaint as ìExhibit Gî and incorporated by reference here.

# Exhibit G

# Notice to Cease & Desist

Which Ocwen after acknowledging via phone conversation prior to Auction on 11:00Am 6/28/18. I spoke to Ocwen reps who stated the Auction was to continue. They received & read the faxes of Cease & Desist. Yet would not Cease & Desist. No matter what.

I was at the Auction Nobody bought my home. I spoke at great length to people & the Auctioneer. More to say at Jury Trial & more exhibits to share. Much much mo

URGENT


Office

# Fax Cover Sheet

Date 6/27/18                   Number of pages 15 (including cover page)

**To:** President/CEO et al

Name Ocwen Loan Services LLC/
    Ocwen Financial Corp.

Company 1661 Worthington Rd.
    Su #100
    West Palm Beach FL 33409

Telephone

Fax 866 - 960 - 8298

**From:**

Name Tara Inden

Company 8353 Yucca Tr - L.A.CA
    9004

Telephone

Comments Demand Cease & Desist 6/28/18 READ
    No Auction!
    STOP!!!

Fax - Local Send          Fax - Domestic Send          Fax - International Send

7  90363 00711  1      7  90363 00714  2      7  90363 00720  3

fedex.com  1.800.GoFedEx  1.800.463.3339

© 2015 FedEx. All rights reserved. Products, services and hours vary by location. 615.OP00.002          0017745PM



**URGENT**

## FedEx Office    Fax Cover Sheet

Date  6/27/18                        Number of pages  15  (including cover page)

**To:**                              **From:**

Name  President/CEO et al            Name  Tara Inden
      Bank of America National Assn         8353 Yucca Tr.
Company  Western Progressive LLC, 1000  Company  L/A. CA 900(
         Abernathy Rd. NE, 400-2
Telephone  Atlanta GA 30328          Telephone

Fax  407-737-6375

Comments  Demand Cease & Desist 6/28/18 READ
          No Auction!!!
          Stop!!!

7 90363 00711 1     7 90363 00714 2     7 90363 00720 3
Fax - Local Send    Fax - Domestic Send   Fax - International Send

fedex.com  1.800.GoFedEx  1.800.463.3339

© 2015 FedEx. All rights reserved. Products, services and hours vary by location. 615.0P00.002              0017745PM

TRANSMISSION VERIFICATION REPORT

```
TIME  : 06/27/2018 17:58
NAME  : FEDEX OFFICE    0801
FAX   : 818--980-9756
TEL   :
SER.# : U63314A7J395571
```

| | |
|---|---|
| DATE,TIME | 06/27 17:53 |
| FAX NO./NAME | 18669608298 |
| DURATION | 00:04:17 |
| PAGE(S) | 15 |
| RESULT | OK |
| MODE | STANDARD |

TRANSMISSION VERIFICATION REPORT

```
                                    TIME    : 06/27/2018 17:50
                                    NAME    : FEDEX OFFICE       0801
                                    FAX     : 818--980-9756
                                    TEL     :
                                    SER.#   : U63314A7J395571
```

```
        DATE,TIME                           06/27  17:46
        FAX NO./NAME                        14077376375
        DURATION                            00:04:02
        PAGE(S)                             15
        RESULT                              OK
        MODE                                STANDARD
                                            ECM
```

**FedEx Office**

** RE-PRINT on June 27, 2018 **

June 27, 2018 18:02
Receipt #: 08013B1772                     Page: 1
VISA #: XXXXXXXXXXXX7273
2018/06/27 17:33

| Qty | Description | Amount |
|-----|-------------|--------|
| 14  | SS Fax - Domestic Send | 32.26 |

|     | SubTotal | 32.26 |
|     | Taxes    | 0.00  |
|     | Total    | 32.26 |

The Cardholder... , the issuer of the charge card in
accordance with ... ...ent between the issuer and the
Cardholder.

FedEx Office Print & Ship Centers

12101 VENTURA BLVD.
STUDIO CITY, CA 91604
(818) 980-2679
www.FedExOffice.o..

Tell us how we're doing and receive
$5 off your next $30 print order
fedex.com/welisten or 1-800-398-0242
Offer Code:____ Offer expires 12/31/2018

Get your message out in a big way with
everything from full-color banners to
photo-quality posters, yard signs,
auto magnets and more.

Please Recycle This Receipt

** RE-PRINT on June 27, 2018 **

**United States Postal Service**

* Sender: Please print your name, address, and ZIP+4® in this box*

Tona Trahan
8353 yucca Tr.
L.A. CA 90046

USPS TRACKING #

9550 9402 3874 8060 3433 23

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

⟵ Faxes All went out

ultra vires
cease & Desist
+ sent 7/28/18
early AM
before
Auction

Ocwen
refused
to stop
the Auc

STUDIO CITY
3950 LAUREL CANYON BLVD
STUDIO CITY
CA
91604-9998
0554500305
(800)275-8777                    5:20 PM

06/27/2018

| Product Description | Sale Qty | Final Price |
|---|---|---|
| PM Exp 2-Day | 1 | $24.70 |
| Flat Rate Env | | |
| (Domestic) | | |
| (ATLANTA, GA 30328) | | |
| (Signature Requested) | | |
| Scheduled Delivery Date | | |
| (Tue 06/29/2018 03:00 PM) | | |
| (Money Back Guarantee) | | |
| (USPS Tracking #) | | |
| (EF127615703US) | | |
| PM Exp | 1 | $0.00 |
| Insurance | | |
| (Up to $100.00 included) | | |
| Return | 1 | $2.75 |
| Receipt | | |
| (USPS Return Receipt #) | | |
| (9590940238748060343330) | | |
| PM Exp 2-Day | 1 | $24.70 |
| Flat Rate Env | | |
| (Domestic) | | |
| (WEST PALM BEACH, FL 33409) | | |
| (Flat Rate) | | |
| (Signature Requested) | | |
| (Scheduled Delivery Date) | | |
| (Friday 06/29/2018 03:00 PM) | | |
| (Money Back Guarantee) | | |
| (USPS Tracking #) | | |
| (EF127615685US) | | |
| PM Exp | 1 | $0.00 |
| Insurance | | |
| (Up to $100.00 included) | | |
| Return | 1 | $2.75 |
| Receipt | | |
| (9590940238748060343323) | | |
| Total | | $54.90 |
| Credit | | |

CUSTOMER USE ONLY.
FROM: (PLEASE PRINT)                    PHONE (      )

PAYMENT BY ACCOUNT (if applicable)
USPS® Corporate Acct. No.                    Federal Agency Acct. No. or Postal Service™ Acct. No.

DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature, OR 2) Purchases additional insurance; OR 3) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
   *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)                    PHONE (      )

ZIP + 4® (U.S. ADDRESSES ONLY)

☒ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
☒ $100.00 insurance included.

EF 127615685 US

**UNITED STATES POSTAL SERVICE ®**

**PRIORITY ★ MAIL ★ EXPRESS™**

ORIGIN (POSTAL SERVICE USE ONLY)
☐ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| | | $ |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON | Insurance Fee $ | COD Fee $ |
| Time Accepted ☐ AM ☐ PM | 10:30 AM Delivery Fee $ | Return Receipt Fee | Live Animal Transportation Fee $ |
| Weight ☐ Flat Rate | Sunday/Holiday Premium Fee $ | Total Postage & Fees $ |
| ___ lbs. ___ ozs. | Acceptance Employee Initials | |

DELIVERY (POSTAL SERVICE USE ONLY)
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-F, JANUARY 2014          PSN 7690-02-000-9996          2-CUSTOMER COPY

EF 127615703 US

**UNITED STATES POSTAL SERVICE®**

PRIORITY
★ MAIL ★
EXPRESS™

CUSTOMER USE ONLY
FROM: (PLEASE PRINT)

PAYMENT BY ACCOUNT (if applicable)

USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS** (Customer Use Only)

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
   *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

ZIP + 4® (U.S. ADDRESSES ONLY)

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage $

Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON | Insurance Fee $ | COD Fee $

Time Accepted ☐ AM ☐ PM | 10:30 AM Delivery Fee $ | Return Receipt Fee $ | Live Animal Transportation Fee $

Weight ☐ Flat Rate | Sunday/Holiday Premium Fee $ | Total Postage & Fees $
___ lbs. ___ ozs. | Acceptance Employee Initials

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature

Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature

☒ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
☒ $100.00 insurance included.

LABEL 11-F, JANUARY 2014   PSN 7690-02-000-9996   2-CUSTOMER COPY

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attn: President/CEO
Ocwen Loan Servicing LLC / Ocwen
1661 Worthington Rd.          Financial
Suit #100                     Corp.
West Palm Beach FL 33409

9590 9402 3874 8060 3433 23

EF127615685US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]          ☐ Agent
                       ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
I. Stewart                         6/30

D. Is delivery address different from item 1?  ☒ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                     ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery                 ☐ Return Receipt for Merchandise
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation™
☐ Insured Mail                        ☐ Signature Confirmation Restricted Delivery
☐ Insured Mail Restricted Delivery (over $500)

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

**FedEx** *Office*

*Cease & Desist Auction*
*Cancel Sale Now*

# Fax Cover Sheet

Date 6/28/18

Number of pages ~~[scribbled]~~ 17 (including cover page)

**To:** Bank of America Servicing
Ocwen Loan Servicing

Name: Ocwen Financial Corp

Company: Western progressive LLC
Altisource

Telephone: _____

Fax: _____

**From:** Tara Inden

Name: representing the persona TARA INDE

Company: _____

Telephone: ~~[scribbled]~~
323-804-6540
to speak only
about cancel/
sale

Comments: TS No: 2014-05481-CA
APN No: 5556-009-005
Property Address - 8353 Yucca Tr. L.A. CA 90046

| ‖‖‖‖‖‖‖ | ‖‖‖‖‖‖‖ | ‖‖‖‖‖‖‖ |
|---|---|---|
| 7 90363 00711 1 | 7 90363 00714 2 | 7 90363 00720 3 |
| **Fax - Local Send** | **Fax - Domestic Send** | **Fax - International Send** |

fedex.com  1.800.GoFedEx  1.800.463.3339

© 2015 FedEx. All rights reserved. Products, services and hours vary by location. 615.OP00.902

J017745PM

If not cancelled
see you in Equity
Fed District Coon

After faxes 6/27/18
for Cease & Desist Auction
+ sent dated 6/27/18 certified receipt mail.
& Ocwen refused to stop the Auction They
acknowledged receiving The Ultra Viris +
stated The Auction would continue no ~~matter~~
matter what. No one bid at Auction
I was there until The very end.
Discussed All matters w/ Auctioneer
Chris or Doug I think
was his name

*Cease & Desist Auction*

**Fax Cover Sheet**

*Cancel Sale Now*

**FedEx** ®
Office

Date 6/28/18

Number of pages ____ (including cover page)

To: Bank of America Servicing
Ocwen Loan Servicing

Name Ocwen Financial Corp
From: Tara Inda

Name representing The persona TARA INDE

Company Western progressive
Company

Telephone Altisource LLC
Telephone

323-804-6540
to speak only
about cancelled
Sale!

Fax

Comments TS No: 2014-05481-CA
APN No: 5556-009-005
Property Address - 8353 Yucca Tr. L.A. CA 90046

```
7  90363 00711  1        7  90363 00714  2        7  90363 00720  3
   Fax - Local Send          Fax - Domestic Send        Fax - International Send
```

fedex.com  1.800.GoFedEx  1.800.463.3339

© 2015 FedEx. All rights reserved. Products, services and hours vary by location. 615.0P00.002

If not cancelled
see you in Equity
Fed District Court

After faxes 6/27/18
for Cease & Desist Auction
+ sent dated 6/27/18 certified receipt mail.
& Ocwen refused to stop the Auction They
acknowledged receiving The Ultra Viris +
stated The Auction would continue no
matter what. No one bid at Auction
I was there until The very end.
Discussed All matters w/ Auctioneer
Chris or Doug Itrin Wilkins

## TRANSMISSION VERIFICATION REPORT

```
                                    TIME : 06/28/2018 08:30
                                    NAME : FEDEX OFFICE      0801
                                    FAX  : 818--980-9756
                                    TEL  :
                                    SER.# : U63314A7J395571
```

```
DATE,TIME                    06/28  08:25
FAX NO./NAME                 18669608298
DURATION                     00:05:16
PAGE(S)                      17
RESULT                       OK
MODE                         STANDARD
```

TS No.: 2014-05481-CA

*address*

**RECORDING REQUESTED BY:**
Premium Title of California

**WHEN RECORDED MAIL TO:**
Western Progressive, LLC
Northpark Town Center
1000 Abernathy Rd NE; Bldg 400, Suite 200
Atlanta, GA 30328

TS No.: 2014-05481-CA
APN No.:5556-009-005

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER
## DEED OF TRUST

**PURSUANT TO CIVIL CODE 2923.3(a), THE SUMMARY OF INFORMATION REFERRED TO BELOW IS NOT ATTACHED TO THE RECORDED COPY OF THIS DOCUMENT BUT ONLY TO THE COPIES PROVIDED TO THE TRUSTOR.**

NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED
注：本文件包含一个信息摘要
참고사항: 본 첨부 문서에 정보 요약서가 있습니다
NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACION DE ESTE DOCUMENTO
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY

### IMPORTANT NOTICE

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS IT MAY BE SOLD WITHOUT ANY COURT ACTION,** and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until approximately 90 days from the date this notice of default may be recorded (which date of recordation appears on this notice).

This amount is $ 316,467.03 as of 10/12/2017, and will increase until your account becomes current. While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition of reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

**Demand to Cease and Desist and Constructive Notice for Ultra Viris, Denial of Due Process and/or U.S.C. § 4 Misprision of Felony Violations Et Al.**

Date June 27, 2018

From Libellant:

Homeowner:

Tara Inden

 8353 Yucca Trail,

Los Angeles California (90046)


To Libellee(s):

Libellee

Alleged Creditor/Beneficiary/Foreclosing Party:

Bank of America National Assn.

Western Progressive LLC, 1000

Abernathy Road NE; 400-2

Atlanta Georgia  (30328)

Attn: President/CEO, et al.


Libellee

Ocwen Loan Servicing LLC./ Ocwen Financial Corporation

1661 Worthington Road , Suite 100

West Palm Beach Florida (33409)

Attn: President/CEO, et al.

1 Of 14

Libellee

Altisource Holdings, LLC

North Town Center 1000 Abernathy Road NE

Bldg 400 Suite # 200

Atlanta Georgia (30328)

Attn: President/CEO, et al.


Libellee

Western Progressive LLC

1661 Worthington Rd West

Palm Beach, Florida (33409)

Attn: President/CEO, et al.


Sent:   Registered/Certified Mail - Return Receipt #_____


Re:   Trustee's Sale / Trustee's Sale Date: June 28, 2018, et al.


Subject Property Location Abutting at:

8353 Yucca Trail, Los Angeles CA 90046


Alleged Loan Settlement Date  November 6, 2006


Alleged Original Loan Transaction Amount: $700,000


To alleged Trustee and alleged Lender/Creditor/Beneficiary/Servicer, et.al.:

2 Of 14

I, Tara Inden Mortgagor/Trustor,

The purpose and intent of this Notice is for truth and justice to be made manifest for public good and your benefit in order to prevent wrongs being done and bring a quick and speedy settlement to this matter.

In the matter of the foreclosure of a Deed of Trust allegedly executed by Tara Inden, Trustee's Sale Date: June 28, 2018 - subject property location abutting: 8353 Yucca Trail, Los Angeles CA 90046, with an alleged settlement date of November 6, 2006, and transaction alleged amount: $700,000, to wit,

Whereas, here the Trustee/Servicer and alleged Lender/Creditor/Beneficiary Bank of America National Assn., Ocwen Loan Servicing LLC, Altisource Holdings, LLC, Western Progressive LLC are hereby ordered and demanded to cease and desist and/or cancel the selling of my home and real property, effective immediately on the date of this Notice. You do not represent us in this matter; since it is apparent this loan transaction proceeds with lack of full disclosure and with misrepresentations, elements of fraud, unclean hands, and false pretenses, hence, you are ordered to stop this Trustee's Sale on June 28, 2018, et al.

You and your organization/corporation, et al., are engaged in efforts to deprive me of my property and that without just cause or a jury trial and this may subject you to significant liability via Ultra Viris transaction, U.S.C. § 4 Misprision of Felony For Due Process Rights Violation For Unconstitutional Rights Infringement, TILA violations and FDCPA violations at, 1692 c(c);1692 d;1692 d (5);1692 e; 1692 e (2);1692 e (8);1692 e (10);1692 e (14); 1692 f (1); 1692 f (5)1692 f (6); 1692 f (8); 1692 g; 1692 g (a) (2); 1692 g (a) (4); 6192 g (b); 1692 j, et al.

Further, here it appears Ocwen Loan Servicer has engaged in fraud with creating fraudulent charges and unwarranted numerous escrow fees, inspection fees et al. Further Ocwen is concealing information and has never answered any questions pertaining to Loan Modification documents which went into underwriting for about 4-5 months. Ocwen also fabricated, documents. Here between Altisource Western Progressive and Ocwen there also appears to be incidents of fabricated documents, breaking and entering my home, robo signing and numerous false claims, and more, to wit:

**U.S.C. § 4 Misprision of Felony:**

Deprivation Of Rights Under Color Of Law

Summary:

Section 242 of Title 18 makes it a crime for a person acting under color of any law to willfully deprive a person of a right or privilege protected by the Constitution or laws of the United States.

For the purpose of Section 242, acts under "color of law" include acts not only done by federal, state, or local officials within the their lawful authority, but also acts done beyond the bounds of that official's lawful authority, if the acts are done while the official is purporting to or pretending to act in the performance of his/her official duties. Persons acting under color of law within the meaning of this statute include police officers, prisons guards and other law enforcement officials, as well as judges, care providers in public health facilities, and others who are acting as public officials. It is not necessary that the crime be motivated by animus toward the race, color, religion, sex, handicap, familial status or national origin of the victim.

The offense is punishable by a range of imprisonment up to a life term, or the death penalty, depending upon the circumstances of the crime, and the resulting injury, if any. TITLE 18, U.S.C., SECTION 242

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ... shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnaping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death."

**https://www.justice.gov/crt/deprivation-rights-under-color-law**

**Due Process Violations:**

Here since there is no valid contract as discussed below you are unjustly violating my right to due process with a jury trial. By definition "Due process of law. (is) Law in its regular course of administration through courts of justice. Due process of law in each particular case means such an exercise of the powers of the government as the settled maxims of law permit and sanction, and under such safeguards for the protection of individual rights as those maxims prescribe for the class of cases to which the one in question belongs. A course of legal proceedings according to those rules and principles which have been established in our systems of jurisprudence for the enforcement and protection of private rights. To give such proceedings any validity, there must be a tribunal competent by its constitution-that is, by the law of its creation-to pass upon the subject-matter of the suit; and, if that involves merely a determination of the personal liability of the defendant, he must be brought within its jurisdiction by service of process

within the state, or his voluntary appearance. Pennoyer v. Neff, 95 U.S. 733, 24 L.Ed. 565. Due process of law implies the right of the person affected thereby to be present before the tribunal which pronounces judgment upon the question of life, liberty, or property, in its most comprehensive sense; to be heard, by testimony or otherwise, and to have the right of controverting, by proof, every material fact which bears on the question of right in the matter involved. If any question of fact or liability be conclusively presumed against him, this is no due process of law...." Black's Law Dictionary Sixth Edition, page 500.

**Here you are using a type of summary proceeding by definition.**
**Summary proceeding.** Any proceeding by which a controversy is settled, case disposed of, or trial conducted, in a prompt and simple manner, without the aid of a jury, without presentment or indictment, or in other respects out of the regular course of the common law. **Black's Law Dictionary, Sixth Edition, Page 1204.**

**Further Take Notice:** I, Tara Inden am s living soul, per the Holy Bible - Genesis 2:7. It is unconstitutional practice to take, or threaten to take, property from, including rights, a living soul without due process and proof of claim. To do so is a theft, a trespass, and a violation of equal protection.

> "Supervisory liability may be imposed under § 1983 when an official has actual or constructive notice of unconstitutional practice and demonstrates "gross negligence" or "deliberate indifference" by failing to act." MERIWETHER V. COUGHLIN, 879 F2d 1037 (2nd Cir. 1989).

Since there is no legitimate valid contract with full disclosure to all parties in this matter I

have a constitutional due process right to be heard in court regarding this matter prior to any foreclosure sale and seizure of property. And it appears the above Libellees are demonstrating a pattern of participating in or supporting attempts to take the subject property on non bona fide signatures and contracts without the matter being heard, and this is in violation of my constitutional due process rights.

I deny you or your agents have any rights to foreclose and sell the subject property, without exception. Anything to the otherwise must be proved in court. The Maxims of law are, "Upon the one alleging, not upon him denying, rests the duty of proving;" "The presumption is always in favor of the one who denies;" "It is in the nature of things that he who denies a fact is not bound to prove it;" "The burden of proof lies upon him who affirms, not on him who denies."

**Ultra Viris Transaction Violation:**

Here the subject note and deed or trust for this foreclosure action is null and void for the lack of a bona fide signature on the alleged subject note and deed of trust/mortgage due to a lack of full disclosure, and the alleged original lender engaging in an ultra viris transaction beyond its charter of existence which limits its powers and capacity.

For the Libellant herein according to the law definitions, my signature does not appear on the subject mortgage/deed of trust and note where the Libellee(s) claim to receive rights to collect on a debt with regard to the subject property and foreclose, but only my handwriting applies and is found on the Deed of Trust/Mortgage and Note contracts and other documents pertaining to this matter. See below definitions. There needs to be a full disclosure authentication of the documents for a signature to appear on a document, and here full disclosure is lacking so my handwriting (which does not include authenticating a document) does not rise to the level of a signature in this matter.

Definitions:

Signature. The act of putting one's name at the end of an instrument to attest its validity; the name thus written. A signature may be written by hand, printed stamped, typewritten, engraved, photographed, or cut from one instrument and attached to another, and a signature lithographed on an instrument by a party is sufficient for the purpose of signing it; it being immaterial with what kind of instrument a signature is made. Maricopa County v. Osborn, 60 Ariz. 290, 136 P.2d 270, 274. And whatever mark, symbol, or device one may choose to employ as representative of himself is sufficient.

The name or mark of a person, written by that person at his or her direction. In commercial law, any name, word, or mark used with the intention to authenticate a writing constitutes a signature. UCC Sec. 1-201(39), 3-401(2).... (Black's Law Dictionary West Publishing Company, 1990; 6th Edition, page 1381-1382)

Handwriting. The chirography of a person. The cast or form of writing peculiar to a person, including the size, shape, and style of letters, tricks of penmanship, and whatever gives individuality to his writing, distinguishing it from that of other persons. Anything written by hand; an instrument written by the hand of a person, or a specimen of his writing.

Handwriting, considered under the law of evidence, includes not only the ordinary writing of one able to write, but also writing done in a disguised hand, or in cipher, and a mark made by one able or unable to write. For nonexpert opinion as to genuineness of handwriting, as based on familiarity not required for purposes of litigation. see Fed.Evid: R 901(b)(2)  (Black's Law Dictionary West Publishing Company, 1990; 6th Edition, page 716)

**Banks/Government Approved Lenders Cannot Lend Credit:**

Here the alleged original lender PHH HOME LOANS dba FIRST CAPITAL engage in a ultra viris deed of trust and note transaction in this matter and concerning ultra viris transactions the court's have said this is prohibited by the following:

"It has been settled beyond controversy that a national bank, under federal law being limited in its powers and capacity, cannot lend its credit by guaranteeing the debts of another. All such contracts entered into by its officers are **ultra vires**…" Howard & Foster Co. v. Citizens Nat'l Bank of Union, 133 SC 202, 130 SE 759 (1926).

Furthermore, "A bank can lend its money, but not its credit." First Nat' I Bank of Tallaposa v. Monroe, 135 Ga 615, 69 SE 1124, 32 LRA (NS) 550. "…the bank is allowed to lend money upon personal security; but it must be money that it loans, not its credit." Seligman v. Charlottesville Nat. Bank, 3 Hughes 647, Fed Case No. 12, 643, 1039. In addition, "Neither, as included in its powers not incidental to them, is it a part of a bank's business to lend its credit. If a bank could lend its credit as well as its money, it might, if it received compensation and was careful to put its name only to solid paper, make a deal more than any lawful interest on its money would amount to. If not careful, the power would be the mother of panics,.. Indeed, lending credit is the exact opposite of lending money, which is the real business of a bank, for while the latter creates a liability in favor of the bank, the former gives rise to a liability of the bank to another. I Morse, Banks and Banking, 5th Ed. Sec 65; Magee, Banks and Banking, 3rd Ed. Sec. 248." American Express Co. v. Citizens State Bank, 194 NW 429.

Again, "It is not within those statutory powers for a national bank, even though solvent, to lend its credit to another in any of the various ways in which that might be done."Federal Intermediation Credit Bank v. L' Herrison, 33 F 2d 841, 842 (1929).

"There is no doubt but what the law is that a (bank) national bank cannot lend its credit or become an accommodation endorser."National Ban of Commerce v. Atkinson, 55 F. 471.

9 Of 14

**Accounting Needed and TILA Violation:**

Here a proper accounting of the alleged debt is required. The Libellant contests the authenticity of the mortgage/deed of trust and promissory note the Libellee(s) is foreclosing. Best evidence is required to be used in matters involving security interests and foreclosure to establish the facts of the matter, so I object to and am without consenting to anything less than the original note and competent witness testimony by the custodian of the books and records being in use for evidence upon which an alleged lender/creditor can foreclose.

First of all there is confusion and it is unclear as to who is the actual beneficiary with rights to ownership of the note and deed of trust/mortgage payments. There can only be one owner of a deed of trust/mortgage and note at a time and the true and meritorious ownership is in question.

The result is the correct amount of money due and owing from Libellant to Libellee(s) and to whom exactly it is owing if any other party remains in dispute and cannot be determined without an accounting.

Since the Bank has not, and even if it had, endorsed the deed of trust/mortgage to acknowledge its agreement to give due consideration in the form of a loan to the homeowner and the Libellee(s) has not produced an accounting related to the subject deed of trust and note, et al. documents, therefore, there needs to be an accounting of what funds the alleged original lender used to fund the loan.

It is the practice of many banks/lenders today to use the bank's credit and/or the homeowner's credit/promissory note to performs an exchange that results in credit to the homeowner's/borrower account to fund the borrower/homeowner's loan. In that case the

homeowner is provided with a form of exchange service by the bank/lender but not a loan in the common and ordinary understanding of the word.

To my information the relevant banking publication and statements are as follows:

a.       Federal Reserve Bank of Chicago, Two Faces of Debt, p.19 - "A deposit created through lending is a debt that has to be paid on demand of the depositor, just the same as the debt arising from a customer's deposit of checks or currency in the bank."

b.       Federal Reserve Bank of Chicago, Modern Money Mechanics, p. 6 - "Of course they do not really pay out loans from the money they receive as deposits. If they did this, no additional money would be created. What they do when they make loans is to accept promissory notes in exchange for credits to the borrowers' transaction accounts."

In addition, to charge interest on this type of transaction is an apparent form of usury because the lender has put forth no risk and consideration for and in the contract and therefore deserves little to nothing in return.

The Maxims of law are:

a)       He at whose risk a thing is done, should receive the profits arising from it.

b)       Usury is odious in law. [Exodus 22:25, Leviticus 25:36-37, Nehemiah 5:7,10, Proverbs 28:8, Ezekiel 18:8,13,17; 22:12]

When an exchange was done instead of a loan and with the word "Loan" being used in the documents this would be a TILA violation of the TILA requirements for the documents to be clear and conspicuous with the consumer standard being one of a least or un-sophisticated consumer standard. So the understanding of the word "Loan" would be as an unsophisticated consumer would understand the meaning to be not what banking

Without Prejudice

*Tara Inden*

Tara Inden

## Verification

The undersigned, Tara Inden holder in due course of original jurisdiction, do herewith affirm, state and say that I issue this Demand to Cease and Desist and Constructive Notice with sincere intent in truth; that I am competent to state the matters set forth herein, that the contents are true, correct, complete, and certain, admissible as evidence and reasonable, and just to the best of my knowledge, information, and belief.

Pursuant to Title 28, U.S.C. § 1746(1) without the United States, I verify and affirm the preceding under due punishment for false verified statements, penalty of perjury without U.S. office, under the laws for these united States of America, with republican government guarantee(s) the foregoing is true and correct.

Dated: June _____27_____, 2018.

Without Prejudice

*Tara Inden*

Tara Inden