NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Tara Inden
8353 Yucca Trail
Los Angeles, CA 90046

FILED
2018 AUG -7 PM 2:39

ATTORNEY(S) FOR: Plaintiff Pro se

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

PHH HOME LOANS dba FIRST CAPITAL
Bank of America National Association
Ocwen Loan Servicing LLC, Altisource Holdings LLC
Western Progressive LLC, JOHN OR JANE DOES 1-10
unknown investors
                                                    Plaintiff(s),
                                                    v.
                                                    Defendant(s)

CASE NUMBER: CV18-06776-CBM(MAAx)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiff_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Tara Inden | Plaintiff |
| PHH HOME LOANS dba FIRST CAPITAL | Defendant |
| Bank of America National Association | Defendant |
| Ocwen Loan Servicing LLC | Defendant |
| Western Progressive LLC | Defendant |
| Altisource Holdings, LLC | Defendant |
| JOHN OR JANE Does 1-10, | Defendant |
| unknown investors | Defendant |

8/7/18
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Pro se

CV-30 (05/13)                     NOTICE OF INTERESTED PARTIES