# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA INDEN, <br>     Plaintiff, <br> v. <br> PHH HOME LOANS ET AL., <br>     Defendants. | Case No.: CV 18-6776-CBM-PLAx <br><br> **JUDGMENT** |

Consistent with the Order re: Defendants' Motion to Dismiss Pro Se Plaintiff Tara Inden's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Dkt. No. 34), judgment is entered in favor of Defendants PHH Home Loans, LLC dba First Capital, Bank of America National Association, a National Banking Association, as successor in interest by Merger to Merrill Lynch Bank U.S.A., a Utah Industrial Bank (erroneously sued as "Bank of America National Assn."), Ocwen Loan Servicing, LLC, Western Progressive, LLC, and Altisource Holdings, LLC, and against Plaintiff Tara Inden.

DATED: December 18, 2018.

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE